Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Ohio**

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **R.W. Sidley Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

3 4 – 0 5 2 9 1 1 2

**4. Debtor's address**

**Principal place of business**

**6900 Madison Rd**
Number        Street

**Thompson, OH 44086-9774**
City                          State     ZIP Code

**Geauga**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

25-12797-jps    Doc 1    FILED 07/02/25    ENTERED 07/02/25 08:06:04    Page 1 of 40

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____ _____ _____ _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                    MM / DD / YYYY

          District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

        District _____ When _____
                                    MM / DD / YYYY

        Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

■ **Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☑ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/02/2025**
MM/ DD/ YYYY

**X** **/s/ Robert J. Buescher**
Signature of authorized representative of debtor

**Robert J. Buescher**
Printed name

Title  **Chairman**

**18. Signature of attorney**

**X** **/s/ Anthony J. DeGirolamo**
Signature of attorney for debtor

Date **07/02/2025**
MM/ DD/ YYYY

**Anthony J. DeGirolamo**
Printed name

**Anthony J. DeGirolamo, Attorney at Law**
Firm name

**3930 Fulton Dr., N.W.,Ste.100B**
Number        Street

**Canton**
City

**OH**
State

**44718**
ZIP Code

**(330) 305-9700**
Contact phone

**tony@ajdlaw7-11.com**
Email address

**0059265**
Bar number

**OH**
State

Fill in this information to identify the case:

Debtor name       **R.W. Sidley Inc.**

United States Bankruptcy Court for the:

      **Northern District of Ohio**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   SEIBEL MODERN<br>38 PALMER PL<br>LANCASTER, NY 14086 | | | | | | $514,241.18 |
| 2   DIVERSIFIED COMMODITIES<br>P.O. BOX 515<br>CARNEGIE, PA 15106 | | | | | | $472,194.53 |
| 3   AWL TRANSPORT<br>PO BOX 150290<br>OGDEN, UT 84415 | | | | | | $346,600.00 |
| 4   ST. MARYS CEMENT INC.<br>33108 COLLECTION CTR DRIVE<br>CHICAGO, IL 60693-0331 | | | | | | $344,493.97 |
| 5   MAXIM CRANE WORKS, L.P.<br>Attn: Brandon T. Uram, Esq.<br>300 Dunning St<br>Canonsburg, PA 15317-1486 | | | | | | $311,138.98 |
| 6   AMERICAN EXPRESS<br>P. O. BOX 6031<br>CAROL STREAM, IL 60197-6031 | | | | | | $286,127.45 |
| 7   FRENCHS' CONCRETE<br>P.O. BOX 1330<br>ANDOVER, OH 44033 | | | | | | $275,499.13 |
| 8   UNITED RENTALS<br>PO BOX 100711<br>ATLANTA, GA 30384-0711 | | | | | | $256,290.36 |

25-12797-jps     Doc 1     FILED 07/02/25     ENTERED 07/02/25 08:06:04     Page 5 of 40

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 VL CHAPMAN ELECTRIC INC<br>624 RIVER STREET<br>GRAND RIVER, OH 44045 | | | | | | $248,234.49 |
| 10 COOPER TRADING, INC.<br>P.O. BOX 339<br>IRWIN, PA 15642 | | | | | | $195,501.71 |
| 11 DAN KENNEDY, Director<br>5672 Botner Dr.<br>The Village, FL 32163 | | | | | | $182,928.00 |
| 12 SHELLY MATERIALS, INC.<br>DEPT 781202<br>PO Box 78000<br>DETROIT, MI 48278-1202 | | | | | | $182,604.22 |
| 13 HOLCIM US<br>P.O. BOX 28425<br>NEW YORK, NY 10087-8425 | | | | | | $179,724.65 |
| 14 WHITE CAP L.P.<br>P.O. BOX 4852<br>ORLANDO, FL 32802-4852 | | | | | | $141,686.56 |
| 15 SRM CONCRETE<br>1000 HOLLINGSHEAD CIRCLE<br>MURFREESBORO, TN 37129 | | | | | | $139,849.43 |
| 16 LOCAL 003 BL NY-BEN - PSI<br>1175 WILLIAM ST<br>BUFFALO BENEFIT FUNDS<br>BUFFALO, NY 14206 | | | | | | $116,766.38 |
| 17 ONSET FINANCIAL<br>274 WEST 12300 SOUTH<br>DRAPER, UT 84020 | | | | | | $113,468.51 |
| 18 HAMILTON EXCAVATING & TRUCKING, LLC<br>9310 MERCANTILE DRIVE<br>Mentor, OH 44060 | | | | | | $108,966.25 |
| 19 CLEVELAND BROTHERS EQUIPM<br>P O BOX 417094<br>BOSTON, MA 22417-7094 | | | | | | $107,322.97 |
| 20 MT. PLEASANT MINE SERVICE<br>150 THREE MILE HILL<br>MT. PLEASANT, PA 15666 | | | | | | $100,045.84 |

# United States Bankruptcy Court
### Northern District of Ohio

**In re**     R.W. Sidley Inc.

Case No. _____

**Debtor**                                        Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................................. **$0.00**

    Prior to the filing of this statement I have received ................................................................................. **$0.00**

    Balance Due ............................................................................................................................................ **$0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor               ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor               ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    filings fees, credit report costs, credit counseling and debtor education fees, and other out of pocket costs. Adversary proceedings and contested matters may be billed at the then applicable hourly rates. Assistance with reaffirmation agreements and motions to avoid judgment liens will be charged separately at $250.00 for each reaffirmation and $500.00 for each motion to avoid judgment liens.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/02/2025** | **/s/ Anthony J. DeGirolamo** |
| *Date* | Anthony J. DeGirolamo |
| | *Signature of Attorney* |

Bar Number: 0059265
Anthony J. DeGirolamo, Attorney at Law
3930 Fulton Dr., N.W.,Ste.100B
Canton, OH 44718
Phone: (330) 305-9700

**Anthony J. DeGirolamo, Attorney at Law**
*Name of law firm*

**446 PAINTING, LLC**
2 IRON STREET
CANONSBURG, PA 15317

**A & S Property Holdings LLC**
Po Box 369
East Claridon, OH 44033-0369

**ABC FIRE EXTINGUISHER CO.**
4641 PEOPLES ROAD
PITTSBURGH, PA 15237

**ACTION DOOR**
201 E. GRANGER RD
BROOKLYN HTS, OH 44131

**AEROTEK COMMERCIAL STAFF**
P. O. BOX 198531
ATLANTA, GA 30384-8531

**AGILIS**
30 SPEEN STREET SUITE 500
FRAMINGHAM, MA 01701

**AIRGAS USA, LLC**
PO BOX 734445
CHICAGO, IL 60673-4445

**AKTION ASSOCIATES, INC**
P.O.Box 639594
CINCINNATI, OH 45263-9594

ALL ERECTION & CRANE
PO BOX 318047
CLEVELAND, OH 44131


ALP SUPPLY
P.O.BOX 45958
Baltimore, MD 21297-5958


AMAZON CAPITAL SERVICES
PO BOX 035184
SEATLE, WA 98124-5184


AMERICAN EXPRESS
P. O. BOX 6031
CAROL STREAM, IL 60197-6031


AMERICAN WIRE TIES
P.O. BOX 696
N COLLINS, NY 14111


APPLIED INDUSTRIAL TECH
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


APPLIED MAINTENANCE
SUPPLIES & SOLUTIONS
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


AREA TEMPS
P.O. BOX 632380
CINCINNATI, OH 45263

ARGOS USA LLC
P.O. BOX 733134
DALLAS, TX 75373-3134


ARMS TRUCKING CO, INC.
P.O.BOX 369
E CLARIDON, OH 44033


AVALON GLAVIS PEST
CONTROL
5813 N. RIDGE ROAD
MADISON, OH 44057-2437


AWL TRANSPORT
PO BOX 150290
OGDEN, UT 84415


BEARCOM
PO BOX 670354
DALLAS, TX 75267-0354


BINKOWSKY-DOUGHERTY
DIST
P.O. BOX 605057
CLEVELAND, OH 44105-0057


BIOSOLUTIONS, LLC
10180 QUEENS WAY Unit 6
CHAGRIN FALLS, OH 44023


BLUE TECHNOLOGIES, INC.
P. O. BOX 31475
INDEPENDENCE, OH 44131

BOB SUMEREL TIRE CO.
PO BOX 633096
CINCINNATI, OH 45263-3096

BRECHBUHLER SCALES, INC
1424 SCALE ST. S.W.
CANTON, OH 44706-3096

Bricklayers of Western PA
Combined Funds Inc
c/o Tucker Arensberg PC
Attn: Neil J. Gregorio, Esq.
1 Ppg Pl Ste 1500
Pittsburgh, PA 15222-5416

BUCKEYE SCALE, LLC
20437 HANNAN PARKWAY #6
WALTON HILLS, OH 44146

BUDD SCALES SALES &
SERVICE
P.O. BOX 903
UNIONTOWN, PA 15401

C T CORPORATION SYSTEM
P. O. BOX #4349
CAROL STREAM, IL 60197

CALIBRATION SERVICES, INC.
1440 PRUDENTIAL DRIVE
ALDINGER COMPANY
DALLAS, TX 75235

CANDLEWOOD SUITES
24741 COUNTRY CLUB BLVD
NORTH OLMSTED, OH 44070

**CAPITAL CITY GROUP**
PO BOX 23416
NEW YORK, NY 10087-3416

**CASCO USA**
370 MEADOWLANDS BLVD.
WASHINGTON, PA 15301

**CHAS E. PHIPPS**
4560 WILLOW PARKWAY
CLEVELAND, OH 44125

**CINTAS CORPORATION #259**
P.O. BOX 630910
CINCINNATI, OH 45263-0910

**CLEVELAND BROTHERS EQUIPM**
P O BOX 417094
BOSTON, MA 22417-7094

**COLONY HARDWARE CORP.**
29276 NETWORK PLACE
PHILLIPS CONTRACTORS SUPP
CHICAGO, IL 60673

**COMDOC, INC.**
P.O. BOX 713440
CHICAGO, IL 31193-6697

**COMFORT INN - Painesville, OH**
7581 AUBURN ROAD
PAINESVILLE, OH 44077

COMMONWEALTH OF PA -
DEPT. OF LABOR
DEPARTMENT OF LABOR & INDUSTRY
BUREAU OF OCCUPATIONAL &
INDUSTRIAL SAFETY 651 BOAS STREET
HARRISBURG, PA 17121


COMPREHENSIVE RISK
MNGMT
6480 ROCKSIDE WOODS BLVD S 390
CLEVELAND, OH 44131


CONAC
4475 RIVER GREEN PKWY 100
DULUTH, GA 30096


CONCRETE CUTTING &
BREAKING
4501 AIRWEST SE
GRAND RAPIDS, MI 49512


CONN MACIEL CAREY
5335 WISCONSIN AVE NW 660
WASHINGTON, DC 20015


CONSTRUCTION RESOUR
SERV
8200 BOYLE PARKWAY
TWINSBURG, OH 44087


CONVIBER INC.
P.O. BOX 301
SPRINGDALE, PA 15144


COOPER TRADING, INC.
P.O. BOX 339
IRWIN, PA 15642

CRANE CERTIFICATION
ENTERPISES II, INC.
6839 BRADFORD CIRCLE
INDEPENDENCE, OH 44131


CRS
5601 GRAND AVENUE
PITTSBURGH, PA 15225-1200


D.B. JOHNSEN COMPANY
P.O. BOX 494
RICHFIELD, OH 44286-0494


Dan Kennedy
5672 Botner Dr
The Villages, FL 32163-0418


DAN KENNEDY, Consulting
5672 Botner Dr.
The Village, FL 32163


DAN KENNEDY, Director
5672 Botner Dr.
The Village, FL 32163


DANIELSON INC.
P.O. BOX 373
MONTVILLE, OH 44064


DAYTON SUPERIOR CORP
P.O. Box 7411076
Lockbox Number 11076
CHICAGO, IL 60674-1076

**DEALERS SUPPLY COMPANY**
163 Center Street
Callery, PA 16024


**DIANE KELLY-BROSCH**
7391 LEROY-THOMPSON ROAD
THOMPSON, OH 44086


**DIVERSIFIED AIR SYSTEMS**
P.O. BOX 713187
CHICAGO, IL 60677-0387


**DIVERSIFIED COMMODITIES**
P.O. BOX 515
CARNEGIE, PA 15106


**DONAHUE'S INCORPORATED**
535 RUGH STREET
GREENSBURG, PA 15601


**DURAJOINT WATERSTOP**
10421 INDUSTRIAL DRIVE
GARRETTSVILLE, OH 44231


**DVBROWN & ASSOCIATES**
567 VICKERS ST.
TOANWANDA, NY 44150


**EAGLE MARK 4 EQUIPMENT
CO**
PO BOX 952053
CLEVELAND, OH 44193

ELECTRO-ANALYTICAL
P.O.BOX 94749
dba EA GROUP
CLEVELAND, OH 44101-4749


ENBRIDGE GAS OHIO
P O BOX 26785
RICHMOND, VA 23261-6785


EQUIPMENTSHARE.COM, INC.
5710 BULL RUN DRIVE
COLUMBIA, MO 65201


ERICO
3138 PAYSPHERE CIRCLE
CHICAGO, IL 60674


EUCLID CHEMICAL CO. ADMIX
P.O. BOX 932674
CLEVELAND, OH 44193


EXPERT CRANE INC.
720 Shiloh Ave.
Wellington, OH 44090


EYEMED
PO BOX 632530
FIDELITY SECURITY LIFE INSURANCE CO.
CINCINNATI, OH 45263-2530


FASTENAL COMPANY
P. O. BOX 1286
WINONA, MN 55987-1286

FEDERICO TIRE & SERVICE
71 S.STATE STREET
PAINESVILLE, OH 44077


FEDEX
P. O. BOX 371461
PITTSBURGH, PA 15250-7461


FISTER INC.
DEPARTMENT 20-FTR001
P. O. BOX 5940
CAROL STREAM, IL 60197-5940


FLEETPRIDE
PO BOX 281811
ATLANTA, GA 30384-1811


FORNEY, L.P.
2050 JACKSON'S POINTE CT.
ZELIENOPLE, PA 16063


FRANK H. VANDERSLICE
P.O. BOX 227
GREENVILLE, PA 16125


FREDEBAUGH WELL DRILLING
714 LAKESHORE BLVD.
GRAND RIVER, OH 44045


FRENCHS' CONCRETE
P.O. BOX 1330
ANDOVER, OH 44033

G. LOPES CONSTRUCTION INC
490 WINTHROP STREET
TAUNTON, MA 02780


GEAUGA CO TREASURER
211 MAIN STREET
Attn: CHRISTOPHER P. HITCHCOCK Ste 1A
CHARDON, OH 44024-1257

GEAUGA CO TREASURER
211 MAIN STREET
Attn: CHRISTOPHER P. HITCHCOCK 1A
CHARDON, OH 44024-1257


GENE'S CROSS COUNTRY CHIPPING, INC.
2111 BISBEE RD.
LEAGUE CITY, TX 77573


GLOBAL-PAK, INC.
P.O. BOX 89
ELKTON, OH 44415


GRAINGER
100 Grainger Pkwy
Lake Forest, IL 60045


HAMILTON EXCAVATING & TRUCKING, LLC
9310 MERCANTILE DRIVE
Mentor, OH 44060


HEIDELBERG CEMENT
P.O.BOX 412345
BOSTON, MA 22412-2345

HEIDELBERG MATERIALS
15620 COLLECTION CTR DR
CHICAGO, IL 60693-0156


HEMLY TOOL SUPPLY INC.
PO BOX 241
THOMPSON, OH 44086


HEPLER'S HARDWARE
818 ROUTE 119 NORTH
NEW STANTON, PA 15672


HERC RENTALS
P.O. BOX 936257
ATLANTA, GA 31193


HILLTOP ENERGY INC.
PO BOX 189
LISBON, OH 44432


HILTI INCORPORATED
PO BOX 70299
PHILADELPHIA, PA 19176-0299


HOLCIM QUARRIES
AGGREGATE INDUSTRIES US
PO BOX 28903
NEW YORK, NY 10087-8903


HOLCIM US
P.O. BOX 28425
NEW YORK, NY 10087-8425

HOLIDAY INN EXPRESS -
Madison, OH
181 WATER TOWER DRIVE
MADISON, OH 44057

HOLIDAY INN EXPRESS -
N.East-Erie,PA
6310 OLD STATION ROAD
NORTH EAST, PA 16428

HPP ENGINES &
DRIVETRAINS
520 N. 7TH STREET
YOUNGWOOD, PA 15697

HUBBELL DRAFTING LLC
2461 RENWICK WAY
Attn: SHAWN HUBBELL
TROY, OH 45373

HYLANT - CLEVELAND
PO BOX 88145
CAROL STREAM, IL 60188-8145

IMPACT SOLUTIONS
P.O. BOX 75501
c/o AllOne Health Resources
CHICAGO, IL 60675-5501

INSTEEL WIRE PRODUCTS
P. O. BOX 60663
CHARLOTTE, NC 28260

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH 44199-9904


JAMIESON EQUIPMENT
5314 PALMERO COURT
BUFORD, GA 30518


JIM DOHERTY TRUCKING INC.
1439 STATE RTE. 534 SOUTH
GENEVA, OH 44041


KENNAMETAL INC.
P.O.BOX 536435
PITTSBURGH, PA 15253-5906


Kevin Campany
12245 Waterfowl Ln
Chardon, OH 44024-7028


K-J FASTENERS, INC.
8865 East Ave
Mentor, OH 44060


KLEEN-LINE SERVICE CO.,IN
524 WASHINGTON AVENUE
DRAVOSBURG,, PA 15034


KNICKERBOCKER RUSSELL CO
4759 CAMPBELLS RUN ROAD
PITTSBURGH, PA 15205

KOROLATH OF NEW ENGLAND
498 RIVER ROAD
HUDSON, MA 1749-1749


LAKE BUSINESS PRODUCTS
PO BOX 74370
CLEVELAND, OH 44194


LBP LEASING INC.
24800 LAKELAND BLVD.
EUCLID, OH 44132


LEPPO RENTS - BOBCAT OF
LAKE CO.
P.O. BOX 932022
CLEVELAND, OH 44193


LEVIAT
PO BOX 404271
ATLANTA, GA 30384


LOCAL #436-Precast
6051 CAREY DRIVE
VALLEY VIEW, OH 44125


LOCAL 003 BL NY-BEN - PSI
1175 WILLIAM ST
BUFFALO BENEFIT FUNDS
BUFFALO, NY 14206


LOCAL 003 BL NY-PENS - PSI
620 F STREET, NW
DEPT 237
WASHINGTON, DC 20004

LOCAL 003 I W PA - PSI
2201 LIBERTY AVE.
DEPOSIT FUND 203
PITTSBURGH, PA 15222


LOCAL 003 I W-PA
2201 LIBERRTY AVE.
DEPOSIT FUND 203
PITTSBURGH, PA 15222


LOCAL 005 BL I NTL
Dept 237
620 "F" STREET, N.W.
WASHINGTON, DC 20004


LOCAL 005 BL LOC
9525 SWEET VALLEY DR
VALLEY VIEW, OH 44125


LOCAL 006-NY FUNDS
196 ORCHARD PARK RD.
W. SENECA, NY 14224-2681


LOCAL 009 BL - PA - PSI
PO BOX 640032
BAC LOC 9- W PA
PITTSBURGH, PA 15264-032


LOCAL 017 I W
55600 NEW KING ST, STE 330
FRINGE BENEFITS FUNDS, INC
TROY, MI 48098


Local 018OP
Lock-box 791782
IUOE National Trainging Fund
Baltimore, MD 21279-1782

Local O18OP
PO Box 12009
Operating Engineers Fringe Benefit
Programs
Columbus, OH 432120009

Local O55
PO Box 1330
Northwestern Ohio Administrators Inc
Holland, OH 43528-1330

LOSCH SOFTWARE LTD
848 N. RAINBOW BLVD 3380
LAS VEGAS, NV 89107-1103

LOVEDAY
P O BOX 310244
FONTANA, CA 92331

M&K TRUCK CENTERS Parts &
Service Financing
P.O. BOX 7247-6171
PHILADELPHIA, PA 19170-6171

Mack Financial Services
7025 Albert Pick Rd Ste 105
Greensboro, NC 27409-9519

MALTA DYNAMICS
405 WATERTOWN ROAD
WATERFORD, OH 45786

MATHESON TRI-GAS INC.
PO BOX 347297
PITTSBURGH, PA 15251-4297

MAXIM CRANE WORKS, L.P.
Attn: Brandon T. Uram, Esq.
300 Dunning St
Canonsburg, PA 15317-1486


MAZZELLA LIFTING
TECHNOLO
P O BOX 74268
CLEVELAND, OH 44194-0002


MCCLUSKEY ENGINEERING
1887 HIGH GROVER LANE
NAPERVILLE, IL 60540-3931


MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690


MELZER'S FUEL SERVICE INC
P.O. BOX 1400
PAINESVILLE, OH 44077


MICHAEL CALKINS, Director
7528 WALKTERS ROAD
HUDSON, OH 44236


MICHAEL ZUREN LAKE CO.
TREASURER
P.O. BOX 490
PAINESVILLE, OH 44077-0490


MID ATLANTIC CONCRETE
EQUIPMENT, INC.
P.O. BOX 36
ELM, PA 17521

MIDWESTERN INDUSTRIES,
INC
915 Oberlin Ave SW
MASSILLON, OH 44647

MI-JACK PRODUCTS, INC.
P.O. BOX 88486
CHICAGO, IL 60680

MINE EQUIPMENT & DESIGN
2730 MIN & MILL ROAD
LAKELAND, FL 33801

MT. PLEASANT MINE SERVICE
150 THREE MILE HILL
MT. PLEASANT, PA 15666

NAPA AUTO PARTS
P.O. Box 414988
BOSTON, MA 02241-4988

NAPA AUTO PARTS
1226 S MAIN ST
GREENSBURG, PA 15601

NATIONAL MEDICAL SYSTEMS
9450 SW GEMINI DRIVE
BEAVERTON, OR 97008-7105

NATIONAL UNION
22427 NETWORK PLACE
CHICAGO, IL 60673-1224

NEO ELECTRIC SUPPLY
P O BOX 1018
CHARDON, OH 44024

NESCO RESOURCE LLC
PO BOX 901372
CLEVELAND, OH 44190-1372

New York Attorney General
The Capitol
Albany, NY 12224

NEW YORK CONSULTING
317 WEKIVA SPRINGS #200
LONGWOOD, FL 32779

New York Dept of Taxation &
Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

NYS DEPT OF TAXATION &
FINANCE
P.O. BOX 15163
CORP-V
ALBANY, NY 12212-5163

Office of the United States
Trustee
Howard Metzenbaum Courthouse
201 Superior Ave E Ste 441
Cleveland, OH 44114

Ohio Attorney General
Attn: Bankr Mgr Collections Enfmt
30 E Broad St Fl 14
Columbus, OH 43215-3414

Ohio Bureau of Workers
Compensation
Attn: Law Section Bankruptcy Unit
Po Box 15567
Columbus, OH 43215-0567

OHIO CAT
PO BOX 854439
Minneapolis, MN 55485-4349

Ohio Department of Jobs &
Family Service
Attn: Donn D Rosenblum
Po Box 182404
Columbus, OH 43218-2404

Ohio Department of Taxation
Attn: Bankruptcy Division
Po Box 530
Columbus, OH 43216-0530

ONSET FINANCIAL
274 WEST 12300 SOUTH
DRAPER, UT 84020

OWENS CORNING FOAM
INSULATION
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659

OWENS CORNING
INFRASTRUCT
P O BOX 74008862
CHICAGO, IL 60674-8862

PACE ANALYTICAL SERV, LLC
PO BOX 684056
CHICAGO, IL 60695-4056

PCI CENTRAL REGION
12035 Watermark Court
Indianapolis, IN 46236


Pennsylvania Attorney
General
Strawberry Sq, 16th Flr
Harrisburg, PA 17120


Pennsylvania Department of
Revenue
Po Box 280904
Harrisburg, PA 17128-0904


PETRO'S SERVICES
6680 TRUMBULL RD
GENEVA, OH 44041


PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
PO BOX 981022
BOSTON, MA 02298-1022


POLYMERSHAPES , LLC
P.O. BOX 505503
St. Louis, MO 63150-5503


POWERPLAN
21310 NETWORK PLACE
CHICAGO, IL 60673-1213


Precast-Prestressed Concrete
Institute
P.O. Box 95284
CHICAGO,, IL 60694-5284

PRECISION LASER
85 11TH STREET
AMBRIDGE, PA 15003


PRESTRESS SUPPLY
1355 EAST MAIN STREET
LAKELAND, FL 33801


PRIME CAPITAL FINANCIAL
PO BOX 3113
WICHITA, KS 67201-3113


PROFORMA
P.O. BOX 640814
CINCINNATI, OH 45264-0814


PYRAMIDS ENGINEERING
CORP
9920 NW 88TH TERRACE
DORAL, FL 33178


RAILPROS FIELD SERVICES
P.O. BOX 5205
DENVER, CO 80217-5205


RATEC
6003 126TH AVE N A
CLEARWATER, FL 33760


REBECCA SILBAUGH, Director
972 PEBBLE BEACH COVE
PAINESVILLE, OH 44077

REED OIL COMPANY
511 MONTGOMERY AVE
NEW CASTLE, PA 16102

ROBERT HALF
12400 COLLECTIONS CENTER
CHICAGO, IL 60693

ROBERT J. BUESCHER,
Director
732 SHIVERS LOOP
THE VILLIAGES, FL 34762

ROBERT P. SIDLEY, Director
773 MADISON AVE
PAINESVILLE, OH 44077

Robert Wilson
1187 Footville Richmond Rd W
Jefferson, OH 44047-9622

ROOT, SPITZNAS & SMILEY
5473 VILLAGE COMMON DR
ERIE, PA 16506-4961

ROSS/BRITTAIN &
SCHONBERG
6480 ROCKSIDE WOODS BLVD S 350
CLEVELAND, OH 44131-2224

RTR BUSINESS
PRODUCTS,INC
PO BOX 67
MURRYSVILLE, PA 15668

SANDBLAST SOLUTIONS INC.

900 RIKE DRIVE

MILLSTONE TWP, NJ 08535

SEIBEL MODERN

38 PALMER PL

LANCASTER, NY 14086

SHELLY MATERIALS, INC.

DEPT 781202

PO Box 78000

DETROIT, MI 48278-1202

SIKA CORPORATION

23868 NETWORK PLACE

CHICAGO, IL 60673-1238

SILCO FIRE & SAFETY

10200 READING RD

CINCINNATI, OH 45241

SMP WELDING

8171 TYLER BLVD

Mentor, OH 44060

SNYDER BROTHERS INC

P.O. Box 536025

PITTSBURGH, PA 15253-5902

SRM CONCRETE

1000 HOLLINGSHEAD CIRCLE

MURFREESBORO, TN 37129

ST. MARYS CEMENT INC.
33108 COLLECTION CTR DRIVE
CHICAGO, IL 60693-0331


STAPLES
PO BOX 660409
DALLAS, TX 75266-0409


STONEKING STRUCTURAL
STEEL
1009 GOLDEN OAKDS RD
HOLBROOK, PA 15341


STRONG PRODUCTS LLC
PO BOX 1023
BATTLE CREEK, MI 49016-1023


SUMMIT ENGINEERED
PRODUCT
516 ELM RIDGE AVE. NE
CANAL FULTON, OH 44614


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-1961


SUNRISE SPRINGS WATER
CO.
P.O. BOX 232
NEWBURY, OH 44065


SUPERIOR ENEGRY SYS
13660 STATION ROAD
COLUMBIA STATION, OH 44028-9538

THE HOSE SHACK, LLC
P.O.BOX 69
PERRY, OH 44081


THE MULLETT COMPANY
14980 CROSS CREEK PARKWAY
NEWBURY, OH 44065


THE W.W. WILLIAMS
COMPANY, LLC
P.O. BOX 772022
DETROIT, MI 48277-2022


TL SERVICE CENTER, INC.
4626 STATE ROUTE 82
MANTUA, OH 44255


TOLLS BY MAIL PAYMENT
PO BOX 15183
ALBANY, NY 12212-5183


TOWLIFT INC.
P.O. BOX 92439
CLEVELAND, OH 44193


TP ELECTRIC & POWER. LLC
3252 STATE ROUTE 31
ACME, PA 15610


TTX,TELETRONICS
22550 Ascoa Court
Strongsville, OH 44149

U.S. Bank Equipment Finance
P.O. Box 790448
St. Louis, MO 6317-0448


U.S. LUMBER GROUP, LLC
PO BOX 402264
ATLANTA, GA 30384-2264


ULINE -
P.O. BOX 88741
ATTN: ACCTS RECEIVABLE
CHICAGO, IL 60680-1741


UNIQUE INDUSTRIES
KEM-O-KLEEN
13551 W. 43RD DRIVE UNIT O
GOLDEN, CO 80403


UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711


US Attorney General
c/o US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


US Attorney's Office
Attn: Bankruptcy Unit
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


US SAFETY GEAR, INC.
PO BOX 309
LEAVITTSBURG, OH 44430-0309

VERTI-CRETE, LLC
16120 S. PONY EXPRESS ROAD
BLUFFDALE, UT 84065


VL CHAPMAN ELECTRIC INC
624 RIVER STREET
GRAND RIVER, OH 44045


Volvo Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409


VOTO MANUFACTURERS
SALES
P.O. BOX 1299
STEUBENVILLE, OH 43952


WALKER BROTHERS ROOFING
284 RICHMOND STREET
PAINESVILLE, OH 44077


WELLS FARGO BANK, NA
P.O. Box 77101
Equipment and Vendor Finance
Minneapolis, MN 55480-7101


WEYERHAEUSER
P. O. BOX 640160
PITTSBURGH, PA 15264-0160


WHITE CAP L.P.
P.O. BOX 4852
ORLANDO, FL 32802-4852

WISS, JANNEY, ELSTNER
ASSOCIATES INC.
P.O. BOX 204645
DALLAS, TX 75320-4645

IN RE: **R.W. Sidley Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **07/02/2025**      Signature        **/s/ Robert J. Buescher**

                                         Robert J. Buescher, Chairman