IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

----------------------------------------------------------x
In re:                                                    :   Case No. 25-12797-JPS
                                                          :
R.W. SIDLEY, INC.                                         :   Chapter 11
                                                          :
                                                          :   Chief Judge Jessica E. Price Smith
                                                          :
      Debtor and                                          :
      Debtor-in-Possession.                               :
                                                          :
(Employer Tax I.D. No. 34-0529112)                        :
----------------------------------------------------------x

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(1)

Now comes the Debtor and Debtor in Possession in the above-captioned case, by and through its undersigned counsel, and hereby states that no corporation owns, directly or indirectly, 10% or more of the Debtor's equity securities.

The Debtor's owners are as follows as set forth on Exhibit A attached hereto.

                                                  Respectfully submitted,

                                                  /s/ Anthony J. DeGirolamo
                                                  Anthony J. DeGirolamo (0059265)
                                                  3930 Fulton Dr., Ste. 100B
                                                  Canton, Ohio 44718
                                                  Telephone: (330) 305-9700
                                                  Facsimile: (330) 305-9713
                                                  E-mail: tony@ajdlaw7-11.com

                                                  PROPOSED COUNSEL FOR
                                                  THE DEBTOR AND
                                                  DEBTOR IN POSSESSION

**EXHIBIT A**

# R. W. SIDLEY, INC.
## Shareholders at December 31, 2024

| NAME | TOTAL SHARES | % OF OWNERSHIP | SUBTOTAL BY FAMILY | % OF OWNERSHIP |
|---|---|---|---|---|
| Robert C. Sidley Revocable Trust-Voting | 8,375 | 13.18% | | |
| Paulann Sidley Revocable Trust-Voting | 4,000 | 6.29% | | |
| Robert P. Sidley-Voting | 5,789 | 9.11% | | |
| Michael A. Sidley-Voting | 5,830 | 9.17% | | |
| Robert Williams Calkins-Voting | 191.83 | 0.30% | | |
| Michael Anthony Calkins-Voting | 191.83 | 0.30% | | |
| Allan Robin Calkins-Voting | 191.83 | 0.30% | | |
| Cassandra Ann Sidley-Voting | 191.83 | 0.30% | | |
| Caitlin Danielle Sidley-Voting | 231.83 | 0.36% | | |
| Robert Lee Sidley-Voting | 191.83 | 0.30% | | |
| Sandra K. Sidley-Voting | 1,211 | 1.91% | | |
| Geta Sidley-Voting | 1,250 | 1.97% | | |
| **Subtotal** | | | 27,646 | 43.503% |
| Virginia Sidley, Trustee - Voting Trust | 14,472 | 22.77% | | |
| Elizabeth Anne Sidley - Voting Trust | 760 | 1.20% | | |
| Kathleen Sidley Parks - Voting Trust | 2,300 | 3.62% | | |
| Christine Sidley Crouch - Voting Trust | 760 | 1.20% | | |
| Brian Safick - Voting Trust | 255 | 0.40% | | |
| Rebecca Silbaugh - Voting Trust | 255 | 0.40% | | |
| Paul Safick - Voting Trust | 255 | 0.40% | | |
| Trust-Claire Crouch - Voting Trust | 255 | 0.40% | | |
| Trust-Maggie Crouch - Voting Trust | 255 | 0.40% | | |
| Trust-Emma Crouch - Voting Trust | 255 | 0.40% | | |
| **Subtotal** | | | 19,822 | 31.191% |
| Robert Buescher | 3,025 | 4.76% | | |
| Bradly Buescher | 10 | 0.02% | | |
| Alfred Buescher | 2,383 | 3.75% | | |
| Janice Sims | 2,272 | 3.58% | | |
| Carolyn Woodham | 2,338 | 3.68% | | |
| Moriah Lauren Woodham | 5 | 0.01% | | |
| Bridget Buescher-Dunbar | 2,983 | 4.69% | | |
| Jacqueline Wilson | 2,326 | 3.66% | | |
| Trust-Cyrus Wilson | 5 | 0.01% | | |
| Trust-Cameron Wilson | 5 | 0.01% | | |
| Trust-Andrew Wilson | 5 | 0.01% | | |
| **Subtotal** | | | 15,357 | 24.165% |
| Kevin J. Campany Trust | 500 | 0.79% | 500 | 0.787% |
| Robert A. Wilson | 200 | 0.31% | 200 | 0.315% |
| Daniel L. Kennedy | 25 | 0.04% | 25 | 0.039% |
| Total Shares Outstanding | 63,550 | 100.00% | 63,550 | 100% |
| Authorized but Unissued | 10,500 | | | |
| Treasury Stock | 25,950 | | | |
| | 100,000 | | | |

### PARKING STRUCTURES, INC.
100% OWNED BY R. W. SIDLEY, INC.

### PARKING STRUCTURES SERVICES CORP.
100% OWNED BY R. W. SIDLEY, INC.

### R. W. SIDLEY PROPERTIES, LLC
100% OWNED BY R. W. SIDLEY, INC.

### A&S TRUCK PROPERTIES HOLDINGS, LLC
50% OWNED BY R. W. SIDLEY, INC.
50% OWNED BY ARMS TRUCKING

### SIDLEY PARTNERS, LLC
50% OWNED BY R. W. SIDLEY, INC.
50% OWNED BY SIDCO