**446 PAINTING, LLC**

2 IRON STREET

CANONSBURG, PA 15317


**A & S Property Holdings LLC**

Po Box 369

East Claridon, OH 44033-0369


**ABC FIRE EXTINGUISHER CO.**

4641 PEOPLES ROAD

PITTSBURGH, PA 15237


**ACTION DOOR**

201 E. GRANGER RD

BROOKLYN HTS, OH 44131


**AEROTEK COMMERCIAL STAFF**

P. O. BOX 198531

ATLANTA, GA 30384-8531


**AGILIS**

30 SPEEN STREET SUITE 500

FRAMINGHAM, MA 01701


**AIRGAS USA, LLC**

PO BOX 734445

CHICAGO, IL 60673-4445


**AKTION ASSOCIATES, INC**

P.O.Box 639594

CINCINNATI, OH 45263-9594

ALL ERECTION & CRANE
PO BOX 318047
CLEVELAND, OH 44131


ALP SUPPLY
P.O.BOX 45958
Baltimore, MD 21297-5958


AMAZON CAPITAL SERVICES
PO BOX 035184
SEATLE, WA 98124-5184


AMERICAN EXPRESS
P. O. BOX 6031
CAROL STREAM, IL 60197-6031


AMERICAN WIRE TIES
P.O. BOX 696
N COLLINS, NY 14111


APPLIED INDUSTRIAL TECH
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


APPLIED MAINTENANCE
SUPPLIES & SOLUTIONS
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


AREA TEMPS
P.O. BOX 632380
CINCINNATI, OH 45263

ARGOS USA LLC
P.O. BOX 733134
DALLAS, TX 75373-3134

ARMS TRUCKING CO, INC.
P.O.BOX 369
E CLARIDON, OH 44033

AVALON GLAVIS PEST
CONTROL
5813 N. RIDGE ROAD
MADISON, OH 44057-2437

AWL TRANSPORT
PO BOX 150290
OGDEN, UT 84415

BEARCOM
PO BOX 670354
DALLAS, TX 75267-0354

BINKOWSKY-DOUGHERTY
DIST
P.O. BOX 605057
CLEVELAND, OH 44105-0057

BIOSOLUTIONS, LLC
10180 QUEENS WAY Unit 6
CHAGRIN FALLS, OH 44023

BLUE TECHNOLOGIES, INC.
P. O. BOX 31475
INDEPENDENCE, OH 44131

BOB SUMEREL TIRE CO.
PO BOX 633096
CINCINNATI, OH 45263-3096

BRECHBUHLER SCALES, INC
1424 SCALE ST. S.W.
CANTON, OH 44706-3096

Bricklayers of Western PA
Combined Funds Inc
c/o Tucker Arensberg PC
Attn: Neil J. Gregorio, Esq.
1 Ppg Pl Ste 1500
Pittsburgh, PA 15222-5416

BUCKEYE SCALE, LLC
20437 HANNAN PARKWAY #6
WALTON HILLS, OH 44146

BUDD SCALES SALES &
SERVICE
P.O. BOX 903
UNIONTOWN, PA 15401

C T CORPORATION SYSTEM
P. O. BOX #4349
CAROL STREAM, IL 60197

CALIBRATION SERVICES, INC.
1440 PRUDENTIAL DRIVE
ALDINGER COMPANY
DALLAS, TX 75235

CANDLEWOOD SUITES
24741 COUNTRY CLUB BLVD
NORTH OLMSTED, OH 44070

CAPITAL CITY GROUP
PO BOX 23416
NEW YORK, NY 10087-3416

CASCO USA
370 MEADOWLANDS BLVD.
WASHINGTON, PA 15301

CHAS E. PHIPPS
4560 WILLOW PARKWAY
CLEVELAND, OH 44125

CINTAS CORPORATION #259
P.O. BOX 630910
CINCINNATI, OH 45263-0910

Citizens Bank
1 Citizens Plz
Providence, RI 02903-1344

CLEVELAND BROTHERS
EQUIPM
P O BOX 417094
BOSTON, MA 22417-7094

COLONY HARDWARE CORP.
29276 NETWORK PLACE
PHILLIPS CONTRACTORS SUPP
CHICAGO, IL 60673

COMDOC, INC.
P.O. BOX 713440
CHICAGO, IL 31193-6697

COMFORT INN - Painesville,
OH
7581 AUBURN ROAD
PAINESVILLE, OH 44077


COMMONWEALTH OF PA -
DEPT. OF LABOR
DEPARTMENT OF LABOR & INDUSTRY
BUREAU OF OCCUPATIONAL &
INDUSTRIAL SAFETY 651 BOAS STREET
HARRISBURG, PA 17121

COMPREHENSIVE RISK
MNGMT
6480 ROCKSIDE WOODS BLVD S 390
CLEVELAND, OH 44131


CONAC
4475 RIVER GREEN PKWY 100
DULUTH, GA 30096


CONCRETE CUTTING &
BREAKING
4501 AIRWEST SE
GRAND RAPIDS, MI 49512


CONN MACIEL CAREY
5335 WISCONSIN AVE NW 660
WASHINGTON, DC 20015


CONSTRUCTION RESOUR
SERV
8200 BOYLE PARKWAY
TWINSBURG, OH 44087


CONVIBER INC.
P.O. BOX 301
SPRINGDALE, PA 15144

COOPER TRADING, INC.
P.O. BOX 339
IRWIN, PA 15642

CRANE CERTIFICATION
ENTERPISES II, INC.
6839 BRADFORD CIRCLE
INDEPENDENCE, OH 44131

CRS
5601 GRAND AVENUE
PITTSBURGH, PA 15225-1200

D.B. JOHNSEN COMPANY
P.O. BOX 494
RICHFIELD, OH 44286-0494

Dan Kennedy
5672 Botner Dr
The Villages, FL 32163-0418

DAN KENNEDY, Consulting
5672 Botner Dr.
The Village, FL 32163

DAN KENNEDY, Director
5672 Botner Dr.
The Village, FL 32163

DANIELSON INC.
P.O. BOX 373
MONTVILLE, OH 44064

**DAYTON SUPERIOR CORP**
P.O. Box 7411076
Lockbox Number 11076
CHICAGO, IL 60674-1076


**DEALERS SUPPLY COMPANY**
163 Center Street
Callery, PA 16024


**DIANE KELLY-BROSCH**
7391 LEROY-THOMPSON ROAD
THOMPSON, OH 44086


**DIVERSIFIED AIR SYSTEMS**
P.O. BOX 713187
CHICAGO, IL 60677-0387


**DIVERSIFIED COMMODITIES**
P.O. BOX 515
CARNEGIE, PA 15106


**DONAHUE'S INCORPORATED**
535 RUGH STREET
GREENSBURG, PA 15601


**DURAJOINT WATERSTOP**
10421 INDUSTRIAL DRIVE
GARRETTSVILLE, OH 44231


**DVBROWN & ASSOCIATES**
567 VICKERS ST.
TOANWANDA, NY 44150

EAGLE MARK 4 EQUIPMENT
CO
PO BOX 952053
CLEVELAND, OH 44193


ELECTRO-ANALYTICAL
P.O.BOX 94749
dba EA GROUP
CLEVELAND, OH 44101-4749


ENBRIDGE GAS OHIO
P O BOX 26785
RICHMOND, VA 23261-6785


EQUIPMENTSHARE.COM, INC.
5710 BULL RUN DRIVE
COLUMBIA, MO 65201


ERICO
3138 PAYSPHERE CIRCLE
CHICAGO, IL 60674


EUCLID CHEMICAL CO. ADMIX
P.O. BOX 932674
CLEVELAND, OH 44193


EXPERT CRANE INC.
720 Shiloh Ave.
Wellington, OH 44090


EYEMED
PO BOX 632530
FIDELITY SECURITY LIFE INSURANCE CO.
CINCINNATI, OH 45263-2530

FASTENAL COMPANY
P. O. BOX 1286
WINONA, MN 55987-1286

FEDERICO TIRE & SERVICE
71 S.STATE STREET
PAINESVILLE, OH 44077

FEDEX
P. O. BOX 371461
PITTSBURGH, PA 15250-7461

FISTER INC.
DEPARTMENT 20-FTR001
P. O. BOX 5940
CAROL STREAM, IL 60197-5940

FLEETPRIDE
PO BOX 281811
ATLANTA, GA 30384-1811

FORNEY, L.P.
2050 JACKSON'S POINTE CT.
ZELIENOPLE, PA 16063

FRANK H. VANDERSLICE
P.O. BOX 227
GREENVILLE, PA 16125

FREDEBAUGH WELL DRILLING
714 LAKESHORE BLVD.
GRAND RIVER, OH 44045

FRENCHS' CONCRETE
P.O. BOX 1330
ANDOVER, OH 44033


G. LOPES CONSTRUCTION INC
490 WINTHROP STREET
TAUNTON, MA 02780


GEAUGA CO TREASURER
211 MAIN STREET
Attn: CHRISTOPHER P. HITCHCOCK Ste
1A
CHARDON, OH 44024-1257

GEAUGA CO TREASURER
211 MAIN STREET
Attn: CHRISTOPHER P. HITCHCOCK 1A
CHARDON, OH 44024-1257


GENE'S CROSS COUNTRY
CHIPPING, INC.
2111 BISBEE RD.
LEAGUE CITY, TX 77573


GLOBAL-PAK, INC.
P.O. BOX 89
ELKTON, OH 44415


GRAINGER
100 Grainger Pkwy
Lake Forest, IL 60045


HAMILTON EXCAVATING &
TRUCKING, LLC
9310 MERCANTILE DRIVE
Mentor, OH 44060

HEIDELBERG CEMENT
P.O.BOX 412345
BOSTON, MA 22412-2345


HEIDELBERG MATERIALS
15620 COLLECTION CTR DR
CHICAGO, IL 60693-0156


HEMLY TOOL SUPPLY INC.
PO BOX 241
THOMPSON, OH 44086


HEPLER'S HARDWARE
818 ROUTE 119 NORTH
NEW STANTON, PA 15672


HERC RENTALS
P.O. BOX 936257
ATLANTA, GA 31193


HILLTOP ENERGY INC.
PO BOX 189
LISBON, OH 44432


HILTI INCORPORATED
PO BOX 70299
PHILADELPHIA, PA 19176-0299


HOLCIM QUARRIES
AGGREGATE INDUSTRIES US
PO BOX 28903
NEW YORK, NY 10087-8903

HOLCIM US
P.O. BOX 28425
NEW YORK, NY 10087-8425


HOLIDAY INN EXPRESS -
Madison, OH
181 WATER TOWER DRIVE
MADISON, OH 44057


HOLIDAY INN EXPRESS -
N.East-Erie,PA
6310 OLD STATION ROAD
NORTH EAST, PA 16428


HPP ENGINES &
DRIVETRAINS
520 N. 7TH STREET
YOUNGWOOD, PA 15697


HUBBELL DRAFTING LLC
2461 RENWICK WAY
Attn: SHAWN HUBBELL
TROY, OH 45373


HYLANT - CLEVELAND
PO BOX 88145
CAROL STREAM, IL 60188-8145


IMPACT SOLUTIONS
P.O. BOX 75501
c/o AllOne Health Resources
CHICAGO, IL 60675-5501


INSTEEL WIRE PRODUCTS
P. O. BOX 60663
CHARLOTTE, NC 28260

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH 44199-9904


JAMIESON EQUIPMENT
5314 PALMERO COURT
BUFORD, GA 30518


JIM DOHERTY TRUCKING INC.
1439 STATE RTE. 534 SOUTH
GENEVA, OH 44041


KENNAMETAL INC.
P.O.BOX 536435
PITTSBURGH, PA 15253-5906


Kevin Campany
12245 Waterfowl Ln
Chardon, OH 44024-7028


K-J FASTENERS, INC.
8865 East Ave
Mentor, OH 44060


KLEEN-LINE SERVICE CO.,IN
524 WASHINGTON AVENUE
DRAVOSBURG,, PA 15034

KNICKERBOCKER RUSSELL CO
4759 CAMPBELLS RUN ROAD
PITTSBURGH, PA 15205


KOROLATH OF NEW ENGLAND
498 RIVER ROAD
HUDSON, MA 1749-1749


LAKE BUSINESS PRODUCTS
PO BOX 74370
CLEVELAND, OH 44194


LBP LEASING INC.
24800 LAKELAND BLVD.
EUCLID, OH 44132


LEPPO RENTS - BOBCAT OF
LAKE CO.
P.O. BOX 932022
CLEVELAND, OH 44193


LEVIAT
PO BOX 404271
ATLANTA, GA 30384


LOCAL #436-Precast
6051 CAREY DRIVE
VALLEY VIEW, OH 44125


LOCAL 003 BL NY-BEN - PSI
1175 WILLIAM ST
BUFFALO BENEFIT FUNDS
BUFFALO, NY 14206

## LOCAL 003 BL NY-PENS - PSI

620 F STREET, NW
DEPT 237
WASHINGTON, DC 20004

## LOCAL 003 I W PA - PSI

2201 LIBERTY AVE.
DEPOSIT FUND 203
PITTSBURGH, PA 15222

## LOCAL 003 I W-PA

2201 LIBERRTY AVE.
DEPOSIT FUND 203
PITTSBURGH, PA 15222

## LOCAL 005 BL I NTL

Dept 237
620 "F" STREET, N.W.
WASHINGTON, DC 20004

## LOCAL 005 BL LOC

9525 SWEET VALLEY DR
VALLEY VIEW, OH 44125

## LOCAL 006-NY FUNDS

196 ORCHARD PARK RD.
W. SENECA, NY 14224-2681

## LOCAL 009 BL - PA - PSI

PO BOX 640032
BAC LOC 9- W PA
PITTSBURGH, PA 15264-032

## LOCAL 017 I W

55600 NEW KING ST, STE 330
FRINGE BENEFITS FUNDS, INC
TROY, MI 48098

Local O18OP
Lock-box 791782
IUOE National Trainging Fund
Baltimore, MD 21279-1782


Local O18OP
PO Box 12009
Operating Engineers Fringe Benefit
Programs
Columbus, OH 432120009

Local O55
PO Box 1330
Northwestern Ohio Administrators Inc
Holland, OH 43528-1330


LOSCH SOFTWARE LTD
848 N. RAINBOW BLVD 3380
LAS VEGAS, NV 89107-1103


LOVEDAY
P O BOX 310244
FONTANA, CA 92331


M&K TRUCK CENTERS Parts &
Service Financing
P.O. BOX 7247-6171
PHILADELPHIA, PA 19170-6171


Mack Financial Services
7025 Albert Pick Rd Ste 105
Greensboro, NC 27409-9519


MALTA DYNAMICS
405 WATERTOWN ROAD
WATERFORD, OH 45786

MATHESON TRI-GAS INC.
PO BOX 347297
PITTSBURGH, PA 15251-4297

MAXIM CRANE WORKS, L.P.
Attn: Brandon T. Uram, Esq.
300 Dunning St
Canonsburg, PA 15317-1486

MAZZELLA LIFTING
TECHNOLO
P O BOX 74268
CLEVELAND, OH 44194-0002

MCCLUSKEY ENGINEERING
1887 HIGH GROVER LANE
NAPERVILLE, IL 60540-3931

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690

MELZER'S FUEL SERVICE INC
P.O. BOX 1400
PAINESVILLE, OH 44077

MICHAEL CALKINS, Director
7528 WALKTERS ROAD
HUDSON, OH 44236

MICHAEL ZUREN LAKE CO.
TREASURER
P.O. BOX 490
PAINESVILLE, OH 44077-0490

MID ATLANTIC CONCRETE
EQUIPMENT, INC.
P.O. BOX 36
ELM, PA 17521


MIDWESTERN INDUSTRIES,
INC
915 Oberlin Ave SW
MASSILLON, OH 44647


MI-JACK PRODUCTS, INC.
P.O. BOX 88486
CHICAGO, IL 60680


MINE EQUIPMENT & DESIGN
2730 MIN & MILL ROAD
LAKELAND, FL 33801


MT. PLEASANT MINE SERVICE
150 THREE MILE HILL
MT. PLEASANT, PA 15666


NAPA AUTO PARTS
P.O. Box 414988
BOSTON, MA 02241-4988


NAPA AUTO PARTS
1226 S MAIN ST
GREENSBURG, PA 15601


NATIONAL MEDICAL SYSTEMS
9450 SW GEMINI DRIVE
BEAVERTON, OR 97008-7105

NATIONAL UNION
22427 NETWORK PLACE
CHICAGO, IL 60673-1224

NEO ELECTRIC SUPPLY
P O BOX 1018
CHARDON, OH 44024

NESCO RESOURCE LLC
PO BOX 901372
CLEVELAND, OH 44190-1372

New York Attorney General
The Capitol
Albany, NY 12224

NEW YORK CONSULTING
317 WEKIVA SPRINGS #200
LONGWOOD, FL 32779

New York Dept of Taxation &
Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

NYS DEPT OF TAXATION &
FINANCE
P.O. BOX 15163
CORP-V
ALBANY, NY 12212-5163

Office of the United States
Trustee
Howard Metzenbaum Courthouse
201 Superior Ave E Ste 441
Cleveland, OH 44114

Ohio Attorney General
Attn: Bankr Mgr Collections Enfmt
30 E Broad St Fl 14
Columbus, OH 43215-3414


Ohio Bureau of Workers
Compensation
Attn: Law Section Bankruptcy Unit
Po Box 15567
Columbus, OH 43215-0567

OHIO CAT
PO BOX 854439
Minneapolis, MN 55485-4349


Ohio Department of Jobs &
Family Service
Attn: Donn D Rosenblum
Po Box 182404
Columbus, OH 43218-2404

Ohio Department of Taxation
Attn: Bankruptcy Division
Po Box 530
Columbus, OH 43216-0530


ONSET FINANCIAL
274 WEST 12300 SOUTH
DRAPER, UT 84020


OWENS CORNING FOAM
INSULATION
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659


OWENS CORNING
INFRASTRUCT
P O BOX 74008862
CHICAGO, IL 60674-8862

PACE ANALYTICAL SERV, LLC
PO BOX 684056
CHICAGO, IL 60695-4056

PCI CENTRAL REGION
12035 Watermark Court
Indianapolis, IN 46236

Pennsylvania Attorney
General
Strawberry Sq, 16th Flr
Harrisburg, PA 17120

Pennsylvania Department of
Revenue
Po Box 280904
Harrisburg, PA 17128-0904

PETRO'S SERVICES
6680 TRUMBULL RD
GENEVA, OH 44041

PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
PO BOX 981022
BOSTON, MA 02298-1022

POLYMERSHAPES , LLC
P.O. BOX 505503
St. Louis, MO 63150-5503

POWERPLAN
21310 NETWORK PLACE
CHICAGO, IL 60673-1213

Precast-Prestressed Concrete
Institute
P.O. Box 95284
CHICAGO,, IL 60694-5284


PRECISION LASER
85 11TH STREET
AMBRIDGE, PA 15003


PRESTRESS SUPPLY
1355 EAST MAIN STREET
LAKELAND, FL 33801


PRIME CAPITAL FINANCIAL
PO BOX 3113
WICHITA, KS 67201-3113


PROFORMA
P.O. BOX 640814
CINCINNATI, OH 45264-0814


PYRAMIDS ENGINEERING
CORP
9920 NW 88TH TERRACE
DORAL, FL 33178


RAILPROS FIELD SERVICES
P.O. BOX 5205
DENVER, CO 80217-5205


RATEC
6003 126TH AVE N A
CLEARWATER, FL 33760

REBECCA SILBAUGH, Director
972 PEBBLE BEACH COVE
PAINESVILLE, OH 44077

REED OIL COMPANY
511 MONTGOMERY AVE
NEW CASTLE, PA 16102

ROBERT HALF
12400 COLLECTIONS CENTER
CHICAGO, IL 60693

ROBERT J. BUESCHER,
Director
732 SHIVERS LOOP
THE VILLIAGES, FL 34762

ROBERT P. SIDLEY, Director
773 MADISON AVE
PAINESVILLE, OH 44077

Robert Wilson
1187 Footville Richmond Rd W
Jefferson, OH 44047-9622

ROOT, SPITZNAS & SMILEY
5473 VILLAGE COMMON DR
ERIE, PA 16506-4961

ROSS/BRITTAIN &
SCHONBERG
6480 ROCKSIDE WOODS BLVD S 350
CLEVELAND, OH 44131-2224

RTR BUSINESS
PRODUCTS,INC
PO BOX 67
MURRYSVILLE, PA 15668


SANDBLAST SOLUTIONS INC.
900 RIKE DRIVE
MILLSTONE TWP, NJ 08535


SEIBEL MODERN
38 PALMER PL
LANCASTER, NY 14086


SHELLY MATERIALS, INC.
DEPT 781202
PO Box 78000
DETROIT, MI 48278-1202


SIKA CORPORATION
23868 NETWORK PLACE
CHICAGO, IL 60673-1238


SILCO FIRE & SAFETY
10200 READING RD
CINCINNATI, OH 45241


SMP WELDING
8171 TYLER BLVD
Mentor, OH 44060


SNYDER BROTHERS INC
P.O. Box 536025
PITTSBURGH, PA 15253-5902

SRM CONCRETE
1000 HOLLINGSHEAD CIRCLE
MURFREESBORO, TN 37129

ST. MARYS CEMENT INC.
33108 COLLECTION CTR DRIVE
CHICAGO, IL 60693-0331

STAPLES
PO BOX 660409
DALLAS, TX 75266-0409

STONEKING STRUCTURAL
STEEL
1009 GOLDEN OAKDS RD
HOLBROOK, PA 15341

STRONG PRODUCTS LLC
PO BOX 1023
BATTLE CREEK, MI 49016-1023

SUMMIT ENGINEERED
PRODUCT
516 ELM RIDGE AVE. NE
CANAL FULTON, OH 44614

SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-1961

SUNRISE SPRINGS WATER
CO.
P.O. BOX 232
NEWBURY, OH 44065

SUPERIOR ENEGRY SYS
13660 STATION ROAD
COLUMBIA STATION, OH 44028-9538


THE HOSE SHACK, LLC
P.O.BOX 69
PERRY, OH 44081


THE MULLETT COMPANY
14980 CROSS CREEK PARKWAY
NEWBURY, OH 44065


THE W.W. WILLIAMS
COMPANY, LLC
P.O. BOX 772022
DETROIT, MI 48277-2022


TL SERVICE CENTER, INC.
4626 STATE ROUTE 82
MANTUA, OH 44255


TOLLS BY MAIL PAYMENT
PO BOX 15183
ALBANY, NY 12212-5183


TOWLIFT INC.
P.O. BOX 92439
CLEVELAND, OH 44193


TP ELECTRIC & POWER. LLC
3252 STATE ROUTE 31
ACME, PA 15610

TTX,TELETRONICS
22550 Ascoa Court
Strongsville, OH 44149

U.S. Bank Equipment Finance
P.O. Box 790448
St. Louis, MO 6317-0448

U.S. LUMBER GROUP, LLC
PO BOX 402264
ATLANTA, GA 30384-2264

ULINE -
P.O. BOX 88741
ATTN: ACCTS RECEIVABLE
CHICAGO, IL 60680-1741

UNIQUE INDUSTRIES
KEM-O-KLEEN
13551 W. 43RD DRIVE UNIT O
GOLDEN, CO 80403

UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711

US Attorney General
c/o US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

US Attorney's Office
Attn: Bankruptcy Unit
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

US SAFETY GEAR, INC.
PO BOX 309
LEAVITTSBURG, OH 44430-0309

VERTI-CRETE, LLC
16120 S. PONY EXPRESS ROAD
BLUFFDALE, UT 84065

VL CHAPMAN ELECTRIC INC
624 RIVER STREET
GRAND RIVER, OH 44045

Volvo Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409

VOTO MANUFACTURERS
SALES
P.O. BOX 1299
STEUBENVILLE, OH 43952

WALKER BROTHERS ROOFING
284 RICHMOND STREET
PAINESVILLE, OH 44077

WELLS FARGO BANK, NA
P.O. Box 77101
Equipment and Vendor Finance
Minneapolis, MN 55480-7101

WEYERHAEUSER
P. O. BOX 640160
PITTSBURGH, PA 15264-0160

WHITE CAP L.P.
P.O. BOX 4852
ORLANDO, FL 32802-4852


WISS, JANNEY, ELSTNER
ASSOCIATES INC.
P.O. BOX 204645
DALLAS, TX 75320-4645

IN RE: **R.W. Sidley Inc.**                                        CASE NO 25-12797

                                                            CHAPTER **11**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **07/02/2025**     Signature        **/s/ Robert J. Buescher**
                                                  Robert J. Buescher, Chairman