**R.W. Sidley, Inc.**
**Balance Sheet**

|  | Actual<br>December 2024 | Actual<br>January 2025 | Actual<br>February 2025 | Actual<br>March 2025 | Actual<br>April 2025 | Actual<br>May 2025 |
|---|---:|---:|---:|---:|---:|---:|
| Cash and Cash Equivalents | 573,659 | 355,537 | 445,131 | 307,309 | 739,671 | 698,885 |
| Accounts Receivable Trade | 6,439,875 | 2,638,726 | 2,123,860 | 2,154,011 | 2,216,503 | 2,093,911 |
| Accounts Receivable Retention | 5,676,380 | 5,731,576 | 5,783,322 | 5,863,038 | 5,960,825 | 6,020,935 |
| Accounts Receivable Other | 5,234,000 | 6,162,000 | 6,162,000 | 6,162,000 | 6,153,416 | 6,140,549 |
| Prepaid Assets | 251,242 | 251,242 | 374,528 | 374,528 | 374,528 | 374,528 |
| Inventory | 544,263 | 551,141 | 491,469 | 389,354 | 360,993 | 311,854 |
| **Current Assets** | 18,719,419 | 15,690,222 | 15,380,310 | 15,250,241 | 15,805,938 | 15,640,662 |
| Fixed Assets | 27,196,166 | 27,215,034 | 27,267,135 | 27,289,425 | 27,492,807 | 27,432,591 |
| Accumulated Depreciation | (17,427,640) | (17,509,291) | (17,590,942) | (17,672,592) | (17,754,243) | (17,835,894) |
|  | 9,768,526 | 9,705,744 | 9,676,193 | 9,616,832 | 9,738,564 | 9,596,697 |
| Investment in Subsidiaries | 1,634,561 | 1,618,949 | 1,618,949 | 1,618,949 | 1,618,949 | 1,618,949 |
| Right to Use | 3,586,280 | 3,586,280 | 3,586,280 | 3,976,312 | 3,976,312 | 4,127,004 |
| Deferred Tax Asset | 5,085,211 | 5,085,211 | 5,085,211 | 5,085,211 | 5,085,211 | 5,085,211 |
| Other Assets | 4,447,394 | 4,447,573 | 4,446,348 | 4,443,881 | 4,442,648 | 4,441,398 |
| **Total Assets** | 43,241,391 | 40,133,978 | 39,793,291 | 39,991,426 | 40,667,621 | 40,509,921 |
| Accounts Payable Third Party | 6,344,041 | 4,611,150 | 5,181,636 | 6,052,487 | 7,120,503 | 7,029,949 |
| Short Term Portion Long Term Debt | 1,607,367 | 1,528,245 | 1,404,200 | 1,254,340 | 1,124,329 | 985,860 |
| Accrued Personnel | 207,594 | 487,168 | 424,415 | 497,689 | 521,053 | 517,481 |
| Accrued Job Cost | 2,387,808 | 2,030,808 | 2,030,808 | 1,730,808 | 1,730,808 | 1,730,808 |
| Accured Taxes | 125,392 | 392,326 | 408,281 | 294,168 | 270,471 | 207,574 |
| Accrued Other | 705,171 | 144,070 | 226,899 | 309,728 | 372,557 | 451,056 |
| **Current Assets** | 11,377,373 | 9,193,768 | 9,676,239 | 10,139,220 | 11,139,721 | 10,922,729 |
| Long Term Debt | 1,978,913 | 1,978,913 | 1,978,913 | 2,368,945 | 2,368,945 | 2,519,637 |
| Deferred Tax Liability | 4,759,461 | 4,759,461 | 4,759,461 | 4,759,461 | 4,759,461 | 4,759,461 |
| Other Liabilities | 1,745,445 | 1,226,001 | 1,226,001 | 1,224,943 | 1,224,943 | 1,224,943 |
| **Total Liabilities** | 19,861,192 | 17,158,143 | 17,640,614 | 18,492,569 | 19,493,070 | 19,426,769 |
| Capital Stock | 179,000 | 179,000 | 179,000 | 179,000 | 179,000 | 179,000 |
| Retained Earnings | 26,635,050 | 26,637,173 | 26,637,173 | 26,637,173 | 26,637,173 | 26,637,173 |
| Treasury Stock | (3,433,851) | (3,433,851) | (3,433,851) | (3,433,851) | (3,433,851) | (3,433,851) |
| Current YR Income (Loss) |  | (406,487) | (1,229,645) | (1,883,464) | (2,207,771) | (2,299,170) |
| **Total Equity** | 23,380,199 | 22,975,835 | 22,152,677 | 21,498,858 | 21,174,551 | 21,083,152 |
| **Total Liabilities and Equity** | 43,241,391 | 40,133,978 | 39,793,291 | 39,991,426 | 40,667,621 | 40,509,921 |

**R.W. Sidley, Inc.**
**Consolidated Income Statement**

| | Actual December 2024 | Actual January 2025 | Actual February 2025 | Actual March 2025 | Actual April 2025 | Actual May 2025 | Actual YTD 2025 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Sales** | 42,451,328 | 954,098 | 517,454 | 801,370 | 1,038,832 | 1,503,067 | 4,814,822 |
| | | | | | | | |
| **Cost of Sales: Direct** | | | | | | | |
| Wages & Benefits | 18,596,311 | 287,257 | 231,501 | 380,369 | 344,498 | 296,273 | 1,539,898 |
| Materials and Services | 24,277,839 | (127,226) | 472,210 | 303,278 | 536,475 | 734,541 | 1,919,278 |
| Total Cost of Sales: Direct | 42,874,150 | 160,031 | 703,711 | 683,647 | 880,973 | 1,030,814 | 3,459,176 |
| | | | | | | | |
| **Cost of Sales: Indirect** | | | | | | | |
| Wages & Benefits | 744,432 | 210,102 | 141,043 | 208,695 | 110,128 | 137,289 | 807,257 |
| Materials and Services | 1,656,748 | 29,975 | 87,812 | 91,221 | 40,700 | 32,468 | 282,177 |
| Cost of Sales: Direct | 2,401,180 | 240,077 | 228,855 | 299,917 | 150,829 | 169,757 | 1,089,434 |
| | | | | | | | |
| **Selling, General & Administrative:** | | | | | | | |
| Wages & Benefits | 518,308 | 196,578 | 115,631 | 164,268 | 118,586 | 180,302 | 775,365 |
| Other | 1,194,559 | 188,262 | 194,956 | 210,521 | 114,517 | 86,088 | 794,344 |
| Total Fixed Expenses | 1,712,867 | 384,840 | 310,587 | 374,790 | 233,103 | 266,389 | 1,569,709 |
| | | | | | | | |
| **Depreciation** | 968,089 | 81,651 | 81,651 | 81,651 | 81,651 | 81,651 | 408,254 |
| **Interest** | 75,644 | 812 | (146) | (3,024) | 3,672 | (7,661) | (6,347) |
| **Taxes** | 242,968 | 15,955 | 15,955 | 16,093 | 16,540 | 17,495 | 82,038 |
| **Pension** | 314,557 | - | - | - | 6,750 | - | 6,750 |
| | 48,589,455 | 883,366 | 1,340,613 | 1,453,073 | 1,373,518 | 1,558,446 | 6,609,015 |
| | | | | | | | |
| **Operating Income (Loss)** | (6,138,127) | 70,732 | (823,158) | (651,702) | (334,686) | (55,379) | (1,794,193) |
| | | | | | | | |
| **Other Income (Loss)** | (568,725) | (477,219) | - | (2,117) | 12,314 | (37,956) | (504,977) |
| | | | | | | | |
| **Net Income (Loss)** | (6,706,852) | (406,487) | (823,158) | (653,819) | (322,372) | (93,334) | (2,299,170) |