## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 1:25-bk-12797 |
| | ) | |
| R.W. SIDLEY | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Robert C. Folland, Esq., of Barnes & Thornburg LLP hereby appears in the above-captioned case as counsel for Creditor SRM Ready Mix Concrete, LLC d/b/a SRM Concrete ("SRM Concrete") pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and L.B.R. 2090-1, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be served upon him at the following address:

> Robert C. Folland, Esq.
> Barnes & Thornburg LLP
> 41 South High Street, Suite 3300
> Columbus, Ohio 43215
> Telephone: (614) 628-0096
> Fax: (614) 628-1433
> Email: Rob.Folland@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that Robert Folland respectfully requests that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court. This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda or briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of SRM Concrete against other entities or any objection by SRM Concrete, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit SRM Concrete to the jurisdiction of the Court. This Notice of Appearance shall not be deemed or construed to be a waiver by SRM Concrete (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which SRM Concrete is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments SRM Concrete expressly reserves. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: July 7, 2025                          Respectfully submitted,

                                             /s/ Robert C. Folland
                                             Robert C. Folland  (Sup. Ct. #0065728)
                                             BARNES & THORNBURG LLP
                                             41 South High Street, Suite 3300
                                             Columbus, OH  43215-6104
                                             Telephone: (614) 628-1429
                                             Facsimile: (614) 628-1433
                                             E-mail:  Rob.Folland@btlaw.com

                                             *Attorney for SRM Ready Mix Concrete,
                                             LLC d/b/a SRM Concrete*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                             /s/ Robert C. Folland
                                             Robert C. Folland

3