**IT IS SO ORDERED.**

**Dated: 4 November, 2025 01:17 PM**



**CHIEF JUDGE JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY COURT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

---

| | |
|---|---|
| In re: | Case No. 25-12797-JPS |
| R.W. SIDLEY, INC. | Chapter 11 |
| | Chief Judge Jessica E. Price Smith |
| Debtor and Debtor-in-Possession. | |
| (Employer Tax I.D. No. 34-0529112) | |

---

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING
AND CONFIRMING ITS PLAN OF REORGANIZATION**

Upon the motion (the "Motion") of R.W. Sidley, Inc. (the "Debtor"), debtor and debtor in possession, for entry of an Order, pursuant to 11 U.S.C. § 1121(d) extending the exclusive period for filing and confirming the Debtor's plan of reorganization; the Court having reviewed the Motion; the Court finding that (a) the granting of the Motion is in the best interests of the Debtor, its estate and creditors, and that, absent such relief, the Debtor's efforts to confirm a plan may be materially impaired; (b) notice has been given to the United States Trustee for this Region,

counsel for the Debtor's secured creditors, the twenty largest unsecured creditors listed by the Debtor, and all parties who have requested service and notice in this case, and that no other notice need be given; and (c) the legal and factual bases set forth in the Motion establish just cause for the relief herein granted. Therefore, for good cause shown, it is hereby

**ORDERED** that the Debtor be, and hereby is, granted until January 28, 2026, as the exclusive period to file its plan of reorganization and until March 29, 2026, to obtain confirmation of its plan of reorganization.

# # #

PREPARED BY:

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Dr., Ste. 100B
Canton, Ohio 44718
Telephone: (330) 305-9700
Facsimile: (330) 305-9713
E-mail: tony@ajdlaw7-11.com

COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

**Parties to be served via the Court's CM/ECF System:**

- **Susan M. Argo**   sargo@brickergraydon.com
- **Kerri N. Bruckner**   kbruckner@brickergraydon.com
- **Sterling Coleman-Selby**   scoleman@centralstatesfunds.org, lawclerk@centralstatesfunds.org
- **Andrew A. Crampton**   acrampton@tuckerlaw.com, lbuckreis@tuckerlaw.com
- **David M. Cuppage**   dmc@mccarthylebit.com, cjthon@climacolaw.com
- **Anthony J. DeGirolamo**   tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com
- **Robert C. Folland**   Rob.Folland@btlaw.com, rcfolland@gmail.com;theresa.griffith@btlaw.com
- **Robert A. Hager**   rahager@bmdllc.com, shorvath@bmdllc.com
- **Grant J. Keating**   gkeating@dworkenlaw.com, mzimmer@dworkenlaw.com
- **John F. Kostelnik**   jkostelnik@frantzward.com, docketing@frantzward.com
- **Joseph D. Mando**   mando@fhplaw.com, linda@fhplaw.com
- **Michaela McInerney**   mcinerney.michaela1@pbgc.gov
- **Ronald M. McMillan**   rmcmillan@calfee.com, mmack@calfee.com
- **Kimberly E. Neureiter**   neureiter.kimberly@pbgc.gov
- **Christopher Niekamp**   cniekamp@bdblaw.com
- **Julie E. Rabin**   jrabin@rabinandrabin.com
- **Daniel James Rudary**   djrudary@bmdllc.com
- **Rodd A. Sanders**   rsanders@sklawllc.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Richard N. Selby**   rselby@dworkenlaw.com, mzimmer@dworkenlaw.com
- **Elizabeth L. Slaby**   bslaby@bdblaw.com, alambert@bdblaw.com
- **Jonathan Sobel**   sobel@fhplaw.com
- **Naomi G Tellez**   ntellez@frantzward.com
- **James C. Thoman**   jthoman@hodgsonruss.com, cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Erik Lee Walter**   ewalter@dworkenlaw.com, mstokes@dworkenlaw.com
- **Keith D. Weiner**   bankruptcy@weinerlaw.com
- **Joseph M. Zeglen**   jmzeglen@frontier.com
- **Julie K. Zurn**   jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com
- **Amy Good ust08**   amy.l.good@usdoj.gov