IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

```
-----------------------------------------------------------x
In re:                                    :    Case No. 25-12797-JPS
                                          :
R.W. SIDLEY, INC.                         :    Chapter 11
                                          :
                                          :    Chief Judge Jessica E. Price Smith
                                          :
         Debtor and                       :
         Debtor-in-Possession.            :
                                          :
(Employer Tax I.D. No. 34-0529112)        :
-----------------------------------------------------------x
```

**FIFTH NOTICE OF FILING OF BRENNAN MANNA & DIAMOND, LLP INVOICES AND REQUEST FOR INTERIM COMPENSATION**

     Now comes the Debtor and Debtor in Possession and, pursuant to this Court's order authorizing interim compensation (Doc. No.104) hereby submits the following as its request to pay interim compensation to Debtor's special counsel of 80% of fees and 100% of expenses for the month of **December 2025** as shown on Exhibit A attached hereto.

| Total Fees Billed | 80% of Fees Billed | Total Expenses Billed | Allowed Amount to be Paid |
|---|---|---|---|
| $10,761.53 | $8,609.22 | $42.98 | $8,652.20 |

     Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Drive NW, Suite 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
E-mail: tony@ajdlaw7-11.com

COUNSEL FOR THE DEBTOR AND
DEBTOR IN POSSESSION

# NOTICE OF OPPORTUNITY TO OBJECT TO NOTICE OF FILING
# OF BRENNAN MANNA & DIAMOND, LLP INVOICES
# AND REQUEST FOR INTERIM COMPENSATION

The Debtor has filed papers with the Court requesting payment of interim fees and expenses to its special counsel.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you object to the proposed payment of interim fees and expenses, or if you want the Court to consider your views on the request for payment of interim fees and expenses at a hearing, then on or before **February 4, 2026,** you or your attorney must:

File with the Court an objection/response at:

> Clerk: United States Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, Ohio 44114-1235

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

> Anthony J. DeGirolamo, Esq.
> 3930 Fulton Drive NW, Suite 100B
> Canton, Ohio 44718

> And

> Brennan Manna & Diamond, LLP
> Attn. Robert Hager, Esq
> 75 E. Market St.
> Akron, OH 44308

Date: January 20, 2026                    /s/ Anthony J. DeGirolamo
                                          Anthony J. DeGirolamo (0059265)

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 20, 2026, a copy of the foregoing Notice was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- **Susan M. Argo**   sargo@brickergraydon.com
- **Kerri N. Bruckner**   Kerri.Bruckner@mccalla.com
- **Sterling Coleman-Selby**   scoleman@centralstatesfunds.org, lawclerk@centralstatesfunds.org
- **Andrew A. Crampton**   acrampton@tuckerlaw.com, lbuckreis@tuckerlaw.com
- **David M. Cuppage**   dmc@mccarthylebit.com, cjthon@climacolaw.com
- **Anthony J. DeGirolamo**   tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com
- **Robert C. Folland**   Rob.Folland@btlaw.com, rcfolland@gmail.com;theresa.griffith@btlaw.com
- **Robert A. Hager**   rahager@bmdllc.com, shorvath@bmdllc.com
- **Grant J. Keating**   gkeating@dworkenlaw.com, mzimmer@dworkenlaw.com
- **John F. Kostelnik**   jkostelnik@frantzward.com, docketing@frantzward.com
- **Joseph D. Mando**   mando@fhplaw.com, linda@fhplaw.com
- **Michaela McInerney**   mcinerney.michaela1@pbgc.gov
- **Ronald M. McMillan**   rmcmillan@calfee.com, mmack@calfee.com
- **Kimberly E. Neureiter**   neureiter.kimberly@pbgc.gov
- **Christopher Niekamp**   cniekamp@bdblaw.com
- **Julie E. Rabin**   jrabin@rabinandrabin.com
- **Daniel James Rudary**   djrudary@bmdllc.com
- **Rodd A. Sanders**   rsanders@sklawllc.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Richard N. Selby**   rselby@dworkenlaw.com, mzimmer@dworkenlaw.com
- **Elizabeth L. Slaby**   bslaby@bdblaw.com, alambert@bdblaw.com
- **Jonathan Sobel**   sobel@fhplaw.com
- **Naomi G Tellez**   ntellez@frantzward.com
- **James C. Thoman**   jthoman@hodgsonruss.com, cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Erik Lee Walter**   ewalter@dworkenlaw.com, mstokes@dworkenlaw.com
- **Keith D. Weiner**   bankruptcy@weinerlaw.com
- **Joseph M. Zeglen**   jmzeglen@frontier.com
- **Julie K. Zurn**   jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com
- **Amy Good ust08**   amy.l.good@usdoj.gov

                                             /s/ Anthony J. DeGirolamo
                                               Anthony J. DeGirolamo

**EXHIBIT A**



LISTEN. SOLVE. EMPOWER.

P: 216.658.2155   F: 216.658.2156   W: bmdllc.com
200 Public Square, Suite 1850, Cleveland, Ohio 44114

# REMITTANCE INSTRUCTIONS

**R.W. Sidley, Inc.**                                              Invoice No.    314719
                                                                   Client No.     06508

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | $ 10,761.53 |
| Previous Balance | $ 23,420.47 |
| **TOTAL BALANCE DUE** | $ 34,182.00 |

**To pay your bill online via credit card please visit:**   https://www.bmdllc.com/payment/
(Effective 9/1/24, a 3% credit card fee will be applied to all credit card transactions. ACH, checks, or debit card transactions are not subject to a surcharge.)

**All checks should be made payable to:**            Brennan, Manna & Diamond, LLC
(Please return this page with payment.)              ATTN: Accounts Receivable
                                                     75 East Market Street
                                                     Akron, OH 44308

**For domestic payment(s) by wire or ACH in USD:**



**Originator to Beneficiary Information: THIS INFORMATION MUST BE INCLUDED**

                        For Further Credit To:    Brennan Manna & Diamond LLC
                        Account Number:

**INVOICES ARE PAYABLE UPON RECEIPT**



**LISTEN. SOLVE. EMPOWER.**

P: 216.658.2155   F: 216.658.2156   W: bmdllc.com
200 Public Square, Suite 1850, Cleveland, Ohio 44114

January 20, 2026

R.W. Sidley, Inc.  
Robert J. Buescher  
436 Casement Avenue  
P.O. Box 150  
Painesville, OH  44077

Invoice No.  314719  
Client No.  06508  
Hager, Robert A.

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2025

**RE:**   **R.W. Sidley, Inc.**

| Matter # | Description | Services | Costs | Total |
|---|---|---|---|---|
| 0013 | Silverhills | 3,548.25 | .00 | 3,548.25 |
| 0026 | ACAA - Rycon | 643.05 | .00 | 643.05 |
| 0039 | Grand River Asphalt | 2,203.65 | .00 | 2,203.65 |
| 0069 | Restructuring | 185.40 | 42.98 | 228.38 |
| 0070 | Covia Litigation | 2,776.50 | .00 | 2,776.50 |
| 0071 | Iafelice Real Estate Sale-Purchase | 1,361.70 | .00 | 1,361.70 |
| **Total** | | **10,718.55** | **42.98** | **10,761.53** |

**TOTAL THIS INVOICE**      $ 10,761.53

Previous Balance      $ 23,420.47

**TOTAL BALANCE DUE**      $ 34,182.00

# Brennan Manna Diamond

Client No. 06508  
Matter No. 0013

January 20, 2026  
Invoice No. 314719

**RE:  Silverhills**

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/25 | RAH | Telephone conference with Jeff Winters regarding default in payment by Silver Hills Construction and request for demand letter.(.2) Receive and review Subcontract with Silver Hills, Pay Application No. 12 and correspondence between R. W. Sidley and Silver Hills regarding contract balance due as retainage.(.7). Draft demand letter to Silver Hills and forward to Jeff Winters for review and approval.(.5). Send demand letter to Silver Hills.(.1) | 1.50 | 695.25 |
| 12/12/25 | RAH | Receive correspondence from Attorney DeGirolamo regarding collection efforts and demand letter(.1). Draft correspondence regarding legal strategy.(.2) | .30 | 139.05 |
| 12/13/25 | RAH | Receive and review multiple correspondence from client representatives regarding authorization to file suit against Silver Hills Construction.(.3) Draft correspondence to client regarding same.(.1). | .40 | 185.40 |
| 12/16/25 | BNS | Begin drafting complaint for breach of contract claim | 1.20 | 297.00 |
| 12/17/25 | RAH | Review and revise Demand for Arbitration and prepare for filing by assistant.(.8); Draft correspondence to client regarding filing of Demand for Arbitration and potential for mediation.(.3) | 1.10 | 509.85 |
| 12/17/25 | BNS | Complete draft arbitration complaint and utilize drafted information for completing demand for arbitration | 1.90 | 470.25 |
| 12/22/25 | RAH | Receive and review e-mail, letter and affidavit for mechanics' lien from Silver Hills Construction regarding defenses to demand for payment of retainage.(.8). Draft correspondence to client regarding same.(.2). Draft correspondence to Silver Hills Construction regarding same.(.2). Receive and review correspondence from Jeff Winters regarding Cleveland Cement payment verification and draft reply to same.(.2) Receive and review correspondence and request to suspend Arbitration from Silver Hills and draft reply to same.(.2) | 1.60 | 741.60 |
| 12/23/25 | RAH | Receive correspondence from Terry Humphrey regarding payment plan negotiated with Silver Hills and draft reply to same.(.3). | .30 | 139.05 |
| 12/30/25 | RAH | Telephone counsel with counsel for Silver Hills Construction regarding retainage and mechanics' lien against property.(.3) Conduct research regarding sale of assets of Cleveland Cement and contact legal counsel who filed the lien to request release of same.(.5) | .80 | 370.80 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 3,548.25** |
| | | **MATTER TOTAL** | | **$ 3,548.25** |



# Brennan Manna Diamond

Client No. 06508  
Matter No. 0026

January 20, 2026  
Invoice No. 314719

**RE: ACAA - Rycon**

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/25 | RAH | Draft correspondence to Rycon's General Counsel regarding retainage and project close-out. | .20 | 92.70 |
| 12/22/25 | BNS | Begin drafting preliminary information and sections for state court complaint | .70 | 173.25 |
| 12/30/25 | RAH | Draft correspondence to counsel for Rycon Construction regarding release of retainage and closeout issues.(.3); Analysis of options for litigation or arbitration in Pennsylvania if Rycon continues to be non-responsive.(.3) | .60 | 278.10 |
| 12/30/25 | BNS | Review outline for complaint and strategize drafting of same if negotiations in resolution reach impasse | .40 | 99.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 643.05** |
| | | **MATTER TOTAL** | | **$ 643.05** |

# Brennan Manna Diamond

Client No. 06508  
Matter No. 0039

January 20, 2026  
Invoice No. 314719

**RE:  Grand River Asphalt**

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/25 | RAH | Attend Teams meeting with legal team regarding strategy for hearing on motion for relief from stay and related issues. | .40 | 185.40 |
| 12/12/25 | DJR | Video conference call with Mr. DeGirolamo and counsel for co-Defendant SRM regarding preparation and strategy for hearing on motion for relief from stay and adversary proceeding status conference. | .50 | 195.75 |
| 12/15/25 | DJR | Review and analysis of briefing on Motion for Relief from Stay and Motion to Remand and authorities cited by the parties to prepare for 12/16 oral hearing before Judge Price-Smith on Grand River's Motion for Relief from Stay. | 1.60 | 626.40 |
| 12/15/25 | DJR | Attention to Court Order rescheduling pretrial conference in Grand River adversary proceeding and correspondence with Mr. Hager regarding the same. | .20 | 78.30 |
| 12/16/25 | RAH | Conference with Attorney Rudary regarding developments at court hearing on motion for relief from stay and recommendation to participate in mediation. | .30 | 139.05 |
| 12/16/25 | DJR | Travel to/from Cleveland and appear for hearing before Judge Price-Smith on Grand River's Motion for Relief from Stay, including off-the-record discussion with all parties regarding potential judicial mediation in bankruptcy court (1.7); Follow-up telephone call with Mr. Hager regarding Judge's proposal for judicial mediation (.2); Follow-up email correspondence with client regarding the same (.2). | 2.10 | 822.15 |
| 12/19/25 | DJR | Telephone call with Mr. Haskins regarding Court's mediation proposal (.2); Follow-up correspondence with Mr. Keating regarding the same (.2). | .40 | 156.60 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 2,203.65** |
| | | **MATTER TOTAL** | | **$ 2,203.65** |

Client No. 06508  
Matter No. 0069

January 20, 2026  
Invoice No. 314719

**RE:** Restructuring

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/25 | RAH | Review and respond to multiple correspondence from client and Attorney DeGirolamo regarding Ironworker's Affidavit of Mechanics' Lien. | .40 | 185.40 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 185.40** |

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 12/10/25 | FedEx - Patsy Withers, Silver Hills Construction, Chagrin Falls OH, 12.02.2025 | 42.98 |
| | **TOTAL COSTS** | **$ 42.98** |
| | **MATTER TOTAL** | **$ 228.38** |

| | |
|---|---|
| Client No. 06508 | January 20, 2026 |
| Matter No. 0070 | Invoice No. 314719 |

**RE:** Covia Litigation

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/25 | MRD | Prepare Adversary Proceeding complaint | 1.70 | 589.05 |
| 12/18/25 | MRD | (Great Sand) Prepare complaint | .40 | 138.60 |
| 12/18/25 | RAH | Conduct review and analysis of draft Complaint against Covia and Great Sands.(.7); Draft correspondence to clients regarding review and approval of same.(.2) | .70 | 324.45 |
| 12/19/25 | MRD | Review correspondence from bankruptcy counsel regarding Covia complaint | .10 | 34.65 |
| 12/19/25 | RAH | Receive and review correspondence from Attorney Shelton regarding Covia Complaint and draft reply to same.(.3); Receive and review correspondence from Attorney DeGirolamo regarding Covia Complaint.(.1) | .40 | 185.40 |
| 12/22/25 | MRD | Review correspondence regarding potential complaint filing | .10 | 34.65 |
| 12/22/25 | RAH | Receive and review multiple correspondence from P. Shelton and B. Buescher regarding Covia Complaint.(.2) Draft correspondence to P. Shelton and B. Buescher regarding Covia strategy.(.4). | .60 | 278.10 |
| 12/23/25 | RAH | Receive and review multiple correspondence from clients regarding Covia claim.(.3) Draft reply correspondence regarding same.(.2) | .50 | 231.75 |
| 12/29/25 | MRD | Prepare Complaint revisions | .40 | 138.60 |
| 12/29/25 | RAH | Teams meeting with client regarding Complaint against Covia. (.6) Receive and review multiple correspondence from client and Attorney Shelton regarding EPA permit issues.(.2). Receive and review proposed revisions to Complaint and draft multiple correspondence to attorney Shelton and Duncan regarding same.(.4) | 1.20 | 556.20 |
| 12/29/25 | DJR | Video conference call with client and co-counsel regarding strategy for Covia litigation and revisions to draft Complaint. | .50 | 195.75 |
| 12/30/25 | MRD | Prepare revised Covia complaint | .20 | 69.30 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 2,776.50** |
| | | **MATTER TOTAL** | | **$ 2,776.50** |

# Brennan Manna Diamond

Client No. 06508  
Matter No. 0071

January 20, 2026  
Invoice No. 314719

**RE:** Iafelice Real Estate Sale-Purchase

**PROFESSIONAL SERVICES**

| Date | TMK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/25 | BRG | Review of e-mails from Bob Buescher and from Nancy Zangerle re: Iafelice Madison real estate sale terms, etc.; review of proposed old Purchase Agreement modified by Nancy; call with Bob | .50 | 184.50 |
| 12/15/25 | BRG | Work on Iafelice transaction and e-mails from and to Tony DiGiralamo related to bankruptcy approval, etc.; review of sample agreement received from Tony with added language needed as condition precedent, etc. | .40 | 147.60 |
| 12/15/25 | BRG | E-mail from Bob and review of offer letter from Loretto Lafelice and comments, etc. from Nancy re: buying entity and closing cost items | .40 | 147.60 |
| 12/16/25 | BRG | Review of edited proposed purchase agreement; e-mail to Bob Buescher re: same, information needed, and next steps | .40 | 147.60 |
| 12/16/25 | JRD | Review draft purchase agreement with Loreto | .50 | 144.00 |
| 12/17/25 | BRG | E-mails from Bob with buyer entity information and addresses for use in agreement; draft of edits to Agreement draft; e-mail to Bob for review and signing, etc. | .40 | 147.60 |
| 12/19/25 | BRG | E-mails from Bob, Tony DiGiralamo and also from Nancy re: Purchase Agreement execution process and signature pages, etc.; drafting of Board Resolution for use in transaction; e-mail to Bob re: same | .80 | 295.20 |
| 12/22/25 | BRG | Receipt of e-mails from Rob Sidley, et al related to company authorization and board approval for sale; e-mail from Tony DiGiralamo re: timing of approval by bankruptcy court. | .40 | 147.60 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 1,361.70** |
| | | **MATTER TOTAL** | | **$ 1,361.70** |
| | | **TOTAL THIS INVOICE** | | **$ 10,761.53** |

Brennan Manna Diamond

Client No. 06508					January 20, 2026
							Invoice No. 314719

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 299991 | 8/15/25 | 4,925.60 | 4,290.48 | 635.12 |
| 303244 | 9/18/25 | 1,344.15 | 1,232.74 | 111.41 |
| 304646 | 10/15/25 | 3,560.30 | 2,918.24 | 642.06 |
| 304647 | 10/15/25 | 2,502.90 | 2,002.32 | 500.58 |
| 304648 | 10/15/25 | 195.75 | 156.60 | 39.15 |
| 310365 | 11/07/25 | 14,652.25 | .00 | 14,652.25 |
| 312041 | 12/04/25 | 6,839.90 | .00 | 6,839.90 |

|  |  |
|---|---|
| Previous Balance | $ 23,420.47 |
| Balance Due This Invoice | $ 10,761.53 |
| **TOTAL BALANCE DUE** | **$ 34,182.00** |